**Lorna Jones**

| | |
|---|---|
| **To:** | Brooke Ramsey |
| **Subject:** | Todd M Heck |
| **Attachments:** | 22mj141.pdf |

Good afternoon Ms. Ramsey,

Mr. Heck appeared this afternoon in the E/D of Arkansas for an Initial Appearance Hearing on a warrant in your case numbers TE 41 9214325 and TE 41 9571056.

Attached are the Rule 5 documents from our case number 4:22-mj-00141-JJV.

Respectfully,

Lorna Jones
Courtroom Deputy to Magistrate Judge Joe J. Volpe
501.604.5194